AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Richard Wayne Smith<br><br>*Defendant(s)* | Case No. 4:22MJ408<br><br>**SEALED** |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 0 9 2022
BY DEPUTY_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 25, 2022** in the county of **Collin** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

*(specify reliable electronic means).*

Date: 07/09/2022

City and state: Plano, Texas

*Complainant's signature*
SA Ashley Rosenberger, FBI
*Printed name and title*

*Judge's signature*
Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*