IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR191 |
| | § | Judge Jordan |
| RICHARD WAYNE SMITH | § | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE MOTIONS FOR LIMITED UNSEALING AND A PROTECTIVE ORDER UNDER SEAL

The United States, by and through the undersigned Assistant United States Attorney, respectfully requests leave to file under seal the government's Motions for Limited Unsealing and a Protective Order as certain discovery materials and the search warrants contain sensitive, identifying information about child victims and child witnesses, as defined by 18 U.S.C. § 3509(a)(3).   The discovery will also contain information about sensitive law enforcement techniques.   Accordingly, the undersigned seeks permission to file the Motions under seal.

### CONCLUSION

Based on the foregoing, counsel for the United States requests that this Court grant the government's Motion for Leave to File its Motions for Limited Unsealing and a Protective Order for under seal.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/
MARISA J. MILLER
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
Marisa.Miller@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Brian O'Shea, Esq., counsel for defendant Richard Wayne Smith, and the defense agrees to this motion.

/s/
Marisa J. Miller

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the Motion for Leave to File Motions for Limited Unsealing and a Protective Order under seal was served by electronic filing to counsel of record on this 11th day of August, 2022.

/s/
Marisa J. Miller