IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR191 |
| | § | Judge Jordan |
| RICHARD WAYNE SMITH | § | |

**ORDER FOR LEAVE TO FILE MOTIONS FOR LIMITED UNSEALING
AND A PROTECTIVE ORDER UNDER SEAL**

Upon consideration of the government's Motion for Leave to File its Motions for Limited Unsealing and a Protective Order under seal, it is hereby:

ORDERED that the motion shall be and is hereby granted; and

FURTHER ORDERED that the government shall be permitted to file its Motions for Limited Unsealing and a Protective Order for under seal.